■ RITA CHEREN, Appellant, v BECHTEL CORPORATION et al., Defendants, and BECHTEL INCORPORATED et al., Respondents. — Judgment, Supreme Court, New York County (Greenfield, J.), entered on July 16, 1981, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term, without costs and without disbursements. The appeal from the order of said court entered on July 6, 1981, is dismissed as having been subsumed in the appeal from the judgment, without costs and without disbursements. Concur — Murphy, P. J., Kupferman, Sandler, Markewich and Milonas, JJ.

■ In the Matter of DONALD SCORNAVACCA, Appellant, v ROBERT McGUIRE, as Police Commissioner of the City of New York, et al., Respondents. — Judgment, Supreme Court, New York County (Sinclair, J.), entered on August 8, 1981, unanimously affirmed for the reasons stated by Sinclair, J., at Special Term, without costs and without disbursements. Concur — Murphy, P. J., Kupferman, Sandler, Markewich and Milonas, JJ.

■ MARTHA HOROWITZ, Appellant, v KEVAH KONNER, INC., et al., Respondents. — Appeal from judgment, Supreme Court, New York County, entered on February 3, 1982, withdrawn. Murphy, P. J.